THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Melissa H. and
 Chad Allen B., Defendants,
 Of whom Melissa
 H. is the Appellant.
 In the interest
 of a minor child under the age of 18.
 
 
 
 

Appeal from Greenville County
W. Marsh Robertson, Family Court Judge

Unpublished Opinion No. 2012-UP-163
 Submitted March 1, 2012  Filed March 7,
2012    

AFFIRMED

 
 
 
 John Newkirk, of Taylors, for Appellant.
 Deborah Murdock, of Mauldin, for Respondent.
 Robert Clark, of Greenville, for Guardian ad Litem.
 
 
 

PER CURIAM: Melissa H. appeals the family court's order terminating her parental rights.  Upon a thorough review of the record and
 the family court's findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.  Accordingly, we affirm the family court's ruling and
 grant counsel's motion to be relieved.
AFFIRMED.[1]
FEW, C.J.,
 HUFF and SHORT, JJ., concur.  
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.